IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE, TENNESSEE

| | |
|---|---|
| HENDRICKS & LEWIS PLLC, a Washington professional limited liability company, | Case No. 3:13-mc-00183 |
| Plaintiff and Judgment Creditor, | Judgment No. 2:10-CV-00253 |
| v. | District Judge Haynes |
| GEORGE CLINTON, Judgment Debtor, and BROADCAST MUSIC, INC., Garnishee, | ORAL ARGUMENT REQUESTED |
| Defendants. | |

*[Handwritten: ORDER / The motion is GRANTED / [signature] / 1-21-14]*

**PLAINTIFF AND JUDGMENT CREDITOR HENDRICKS & LEWIS PLLC'S MOTION FOR LEAVE TO FILE A REPLY TO BMI'S RESPONSE IN OPPOSITION TO H&L'S MOTION FOR CONDITIONAL JUDGMENT OF GARNISHMENT OR TO COMPEL GARNISHEE BROADCAST MUSIC INC. TO COMPLY WITH GARNISHMENT AND PAY MONEY INTO COURT FOR RELEASE TO THE JUDGMENT CREDITOR**

COMES NOW Plaintiff and Judgment Creditor Hendricks & Lewis PLLC ("H&L") and submits this Motion for Leave to File a Reply to BMI's Response in Opposition to its Motion for Conditional Judgment of Garnishment or to Compel Garnishee Broadcast Music Inc. to Comply with Garnishment and Pay Money into Court for Release to the Judgment Creditor. H&L submits that a limited reply is necessary to rebut Defendant BMI's Response in Opposition to Motion for Conditional Judgment of Garnishment or to Compel Garnishee BMI to Comply with Garnishment and Pay Money into Court for Release to Creditor. Thus, H&L respectfully requests leave to file their proposed Reply attached hereto as Exhibit 1.

{170234.DOCX }
Case 3:13-mc-00183   Document 8   Filed 01/17/14   Page 1 of 3 PageID #: 321
Case 3:13-mc-00183   Document 10   Filed 01/21/14   Page 1 of 1 PageID #: 507