IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE, TENNESSEE

| | |
|---|---|
| HENDRICKS & LEWIS PLLC, a Washington professional limited liability company, | Case No. 3:13-mc-00183 |
| Plaintiff and Judgment Creditor, | Judgment No. 2:10-CV-00253 |
| | District Judge Haynes |
| v. | Magistrate Judge Bryant |
| GEORGE CLINTON, Judgment Debtor, and | |
| BROADCAST MUSIC, INC., Garnishee, | |
| Defendants. | |

*[Handwritten notation: Movant Motion is GRANTED [signature] 3-11-14]*

## MOTION FOR ENTRY OF PROPOSED AGREED ORDER

COMES NOW Plaintiff and Judgment Creditor Hendricks & Lewis PLLC ("H&L") and moves this Court for entry of the proposed Agreed Order attached hereto and filed herewith. As grounds, the parties agree to the provisions outlined in the Agreed Order.