# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE, TENNESSEE

| | | |
|---|---|---|
| **HENDRICKS & LEWIS PLLC, a Washington professional limited liability company,** | ) ) ) ) | **Case No. 3:13-mc-00183** |
| | ) | **Judgment No. 2:10-CV-00253** |
| **Plaintiff and Judgment Creditor,** | ) ) ) | **District Judge Haynes** |
| v. | ) ) | **Magistrate Judge Bryant** |
| **GEORGE CLINTON, Judgment Debtor, and** | ) ) ) | |
| **BROADCAST MUSIC, INC., Garnishee,** | ) ) | |
| **Defendants.** | ) ) | |

*Granted. This motion is GRANTED.* [handwritten]

## MOTION FOR ENTRY OF PROPOSED AGREED ORDER

COMES NOW Plaintiff and Judgment Creditor Hendricks & Lewis PLLC ("H&L") and moves this Court for entry of the proposed Agreed Order attached hereto and filed herewith. As grounds, the parties agree to the provisions outlined in the Agreed Order.